UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 07-60001 |
| VERSUS | * | JUDGE HAIK |
| RONALD WAYNE ROSS | * | MAGISTRATE JUDGE HILL |

### DETENTION ORDER

The defendant, Keefe A. Anderson, appeared for a preliminary revocation hearing and a hearing to set conditions of release on October 2, 2007. The defendant waived his right to a preliminary examination. After considering the evidence and submissions the undersigned finds that there is probable cause to hold the defendant for a final revocation hearing, and further orders that the defendant be **detained** pending that hearing.

### DETENTION

Once the finding is made that probable cause exists to hold the defendant for a final revocation hearing, the burden shifts to the defendant to establish that he will not flee or pose a danger to any person or the community. Rule 32.1(a)(6) FRCrP. The defendant failed to carry this burden, as the defendant waived his right to a preliminary examination and waived his right to a detention hearing, and the evidence submitted at the hearing showed that the defendant was unable to follow the terms of his supervised release. Therefore, I find that the defendant has failed to carry his burden under Rule 32.1(a)(6).

**IT IS ORDERED** that the defendant, Keefe A. Anderson, be detained pending a final revocation hearing to be held by Judge Haik

Lafayette, Louisiana, October 5, 2007.

_C. Michael Hill_
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE